UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-20760 |
| Prince C. Ajaere | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

### Order Modifying Plan

This matter coming before the Court on the Chapter 13 Trustee's Motion to Modify Plan under 11 U.S.C. § 1329;

IT IS HEREBY ORDERED:

(1) The Debtor's confirmed plan is modified as follows:
 a. The trustee payment is modified to $1,997.00 per month for the remaining life of the plan effective March 2020.
 b. The existing tax refund amount due after trustee allowance for the 2018 tax year is deferred.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: 04 MAR 2020

**Prepared by:**
Office of the Chapter 13 Trustee
224 S. Michigan Ave., Suite 800
Chicago, IL 60604
(312) 431-1300

Rev: 20170105_bko