UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-20760 |
|---|---|---|
| Prince C Ajaere | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**Order Modifying Automatic Stay**

This cause coming before the Court upon the Motion of Toyota Motor Credit Corporation to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code and for Relief from the Co-Debtor Stay pursuant to Section 1301, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of Toyota Motor Credit Corporation to Modify Automatic Stay is granted as set forth herein.

2. The automatic stay is modified so as to not restrain Toyota Motor Credit Corporation from pursuing nonbankruptcy remedies with respect to one 2016 TOYOTA CAMRY - VIN 4T1BD1FK2GU194623 and co-Debtor, Ajaere Investment Corp.

3. That notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 13, 2020

**Prepared by:**

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com