UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 18bk20760 |
| Prince C Ajaere, | Chapter 13 |
| Debtor. | Judge Timothy A. Barnes |

ORDER SCHEDULING HEARING TO EXAMINE FEES

This matter comes on for consideration on the Debtor's Motion to Substitute Counsel [Dkt. No. 78] (the "Motion") brought by Prince C Ajaere (the "Debtor"); the court having jurisdiction over the subject matter; due notice having been given;

IT IS HEREBY ORDERED THAT:

1. Debtor's current counsel, Ted Smith, is directed to appear at a hearing scheduled for October 15, 2020 at 2:00 PM to explain to the court how fees for representing the Debtor shall be apportioned between Mr. Smith and the Debtor's proposed new counsel given that Mr. Smith has received $4,000 under the CARA for representing the Debtor throughout the case.

Dated: October 1, 2020                                    ENTERED:

                                                          _____
                                                          Timothy A. Barnes
                                                          United States Bankruptcy Judge